# Order

Michigan Supreme Court
Lansing, Michigan

February 4, 2020

159535(44)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MATTHEW J. ABRAHAM and MATTHEW J.
ABRAHAM PC,
        Plaintiffs-Appellants,

v

INCORP SERVICES, INC.,
        Defendant-Appellee,

and

MADDIN, HAUSER, ROTH & HELLER and
FOX ROTHSCHILD, LLP,
        Defendants.
_____/

SC:  159535
COA:  342296
Genesee CC:  17-109936-CK

On order of the Court, the motion for reconsideration of this Court's September 30, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020

Clerk

a0127